United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL VALDEZ,

    Plaintiff,

v.

SANTA CRUZ 95060, ET AL, et al.,

    Defendants.

Case No. 25-cv-02897-JST

**ORDER OF DISMISSAL**

On or about March 28, 2025, Plaintiff commenced this action by filing a complaint. ECF No. 1. That same day, the Court sent Plaintiff a deficiency notice informing him that the action was deficient because he not paid the filing fee or filed an application for leave to proceed *in forma pauperis*. ECF No. 3. The Court ordered Plaintiff to submit a complete *in forma pauperis* application by April 25, 2025, or the action would be dismissed without prejudice. *Id*. The deadline to file a complete *in forma pauperis* application has passed, and Plaintiff has neither filed a complete *in forma pauperis* application or communicated with the Court. Accordingly, this action is DISMISSED without prejudice for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: May 12, 2025

_____
JON S. TIGAR
United States District Judge